Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DOROTHY J. HILL, Trustee of the WILLIAM J. AND DOROTHY J. HILL REVOCABLE TRUST, established on March 5, 1992, et al.,<br><br>　　　　Defendants. | No.  1:15-cv-01084---SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u> OF DEFENDANT DOROTHY J. HILL, TRUSTEE OF THE WILLIAM J. AND DOROTHY J. HILL REVOCABLE TRUST, ESTABLISHED ON MARCH 5, 1992, <u>ONLY</u>; ORDER** |

　　　WHEREAS, no defendant has filed an answer or motion for summary judgment;

　　　WHEREAS, no counterclaim has been filed;

　　　Plaintiff hereby respectfully requests that **only Defendant Dorothy J. Hill, Trustee of the William J. and Dorothy J. Hill Revocable Trust, established on March 5, 1992**, be dismissed from this action **<u>without prejudice</u>** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: August 7, 2015　　　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　Jose Escobedo

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that **only** **Defendant Dorothy J. Hill, Trustee of the William J. and Dorothy J. Hill Revocable Trust, established on March 5, 1992**, be dismissed from this action **without prejudice**.

IT IS SO ORDERED.

Dated:   **August 7, 2015**

UNITED STATES MAGISTRATE JUDGE