# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>            Plaintiff,<br><br>      v.<br><br>DOROTHY J. HILL, et al.,<br><br>            Defendants. | Case No.  1:15-cv-01084-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>Thirty-Day Deadline |

On October 13, 2015, the Court held a scheduling conference in this matter and the parties informed the Court that they have settled.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **October 13, 2015**

_____
UNITED STATES MAGISTRATE JUDGE

1