Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JACO HILL COMPANY, et al.,<br><br>　　　　Defendants. | No. 1:15-cv-01084-SAB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

1  IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants Jaco Hill Company; L Malhi Corporation dba Fastrip Food Store #357, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: October 20, 2015

MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Jose Escobedo

Dated: October 20, 2015

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP

*/s/ Gary Logan*
Gary Logan
Jay L. Rosenlieb
Attorneys for Defendants,
Jaco Hill Company; L Malhi Corporation
dba Fastrip Food Store #357

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  **October 21, 2015**

UNITED STATES MAGISTRATE JUDGE